# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Deshnikka Kilpatrick and Joshua Wiley, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case no. 21-cv-433-JPG |
| v. ) | |
| ) | |
| Melissa Cooper, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO AMEND THE SCHEDULING AND DISCOVERY ORDER

COMES NOW Defendant Melissa Cooper, by and through counsel, and move, pursuant to Fed. R. Civ. P. 6(b)(1)(A) to amend the current "Scheduling and Discovery Order" filed June 25, 2021 [Doc. 15-1] for the reasons set forth below:

1. This matter is currently set for trial on June 6, 2022, with a pre-trial conference set on May 25, 2022.

2. Because of the ongoing complications caused by the COVID-19 pandemic, in addition to the various Administrative Orders issued by the Southern District of Illinois, discovery in this matter has been delayed.

3. The parties are working to complete discovery. The parties are working to schedule and complete the party depositions.

4. However, the parties do not believe they will be able to complete the remaining depositions and discovery prior to the pre-trial conference.

5. Counsel for Defendant has attempted to discuss the amending of the scheduling order with Plaintiff's counsel but has not heard back.

6. Because of the foregoing, Defendant respectfully moves this Court to amend the current Scheduling and Discovery Order as follows:

   a. Discovery shall be completed by August 1, 2022.

   b. All dispositive motions shall be filed by September 1, 2022.

   c. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

   Plaintiff's expert(s): June 1, 2022.

   Defendant's expert(s): July 1, 2022.

   Third Party expert(s): July 1, 2022.

   d. Depositions of expert witnesses must be taken by:

   Plaintiff's expert(s): July 1, 2022.

   Defendant's expert(s): August 1, 2022.

   Third Party expert(s): August 1, 2022.

   e. The parties respectfully request that this Court schedule this action for trial at the Court's earliest convenience after January 2023.

7. This request is made in good faith, not for the purposes of undue delay, and will not prejudice either party. The interests of justice will be served by granting this motion.

WHEREFORE, based on the foregoing, Defendant Melissa Cooper, respectfully requests this Court grant Defendant's Motion and enter the Amended Proposed Scheduling and Discovery Order, and for such further relief as the Court deems just and proper.

Respectfully submitted,

GOLDBERG SEGALLA

*/s/ Catherine Schwarze*

John M. Allen, #6274462
Catherine L. Schwarze, #6331519
Goldberg Segalla
8000 Maryland Avenue, Suite 640
St. Louis, MO 63105
Phone: (314) 446-3370
Fax: (314) 446-3360
jallen@goldbergsegalla.com
cschwarze@goldbergsegalla.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE/MAILING

The undersigned hereby certifies that a copy of the foregoing was sent via U.S. mail, postage pre-paid, and/or electronic mail on this 29th day of April, 2022, to the following:

Thomas G. Maag
Maag Law Firm, LLC
22 West Lorena Ave.
Wood River, IL 62095
tmaag@maaglaw.com

Dennis Frech
227 N. Seminol Dr.
DuQuoin, IL 62832
dennyfrech@gmail.com

*Attorneys for Plaintiffs*

/s/Catherine L. Schwarze