**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Desnikka Kilpatrick and Joshua Wiley,    ) | |
| ) | |
|     Plaintiffs,    ) | |
| ) | Case no. 21-cv-433-JPG |
| v.    ) | |
| ) | |
| Melissa Cooper,    ) | |
| ) | |
|     Defendant.    ) | |

**ORDER GRANTING DEFENDANT'S**
**MOTION TO AMEND SCHEDULING AND DISCOVERY ORDER**

This cause coming to be heard on Defendant Melissa Cooper's Motion to Amend the Scheduling and Discovery Order, the Court having considered the Motion and being fully advised on the premises,

IT IS HEREBY ORDERED:

The Motion to Amend the Scheduling and Discovery Order is **GRANTED** and this cause is removed from the June 6, 2022 trial docket. The Court amends the Scheduling and Discovery Order as follows:

a. Discovery shall be completed by August 1, 2022.

b. All dispositive motions shall be filed by September 1, 2022.

c. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

    Plaintiff's expert(s): June 1, 2022.

    Defendant's expert(s): July 1, 2022.

    Third Party expert(s): July 1, 2022.

d. Depositions of expert witnesses must be taken by:

       Plaintiff's expert(s): <u>July 1, 2022.</u>

       Defendant's expert(s): <u>August 1, 2022.</u>

       Third Party expert(s): <u>August 1, 2022.</u>

<u>The Final Pretrial Conference is continued to February 1, 2023, at 9:00 a.m. with a Jury Trial date of February 13, 2023, at 9:00 a.m. before the Honorable J. Phil Gilbert in Benton, IL</u>.

                                                <u>*/s/ J. Phil Gilbert*</u>
                                                J. Phil Gilbert
                                                United States District Judge

Date: May 19, 2022