UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DESNIKKA KILPATRICK and JOSHUA WILEY,<br><br>    Plaintiffs,<br><br>    v.<br><br>MELISSA COOPER,<br><br>    Defendant. | Case No. 21-cv-00433-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Motion to Dismiss Voluntarily without Prejudice (Doc. 23) pursuant to Federal Rule of Civil Procedure 41(a)(2) filed by plaintiffs Desnikka Kilpatrick and Joshua Wiley. When sought after a defendant has filed an answer, voluntary dismissal may be obtained only "upon order of the court and upon such terms and conditions as the court deems proper." FED. R. CIV.P. 41(a)(2); *Wojtas v. Cap. Guardian Tr. Co.*, 477 F.3d 924, 927 (7th Cir. 2007).

Here, counsel states plaintiffs are undergoing "personal matters that interfere with their ability to proceed with the case." (Doc. 23 at ¶ 1). Defendant Melissa Cooper did not respond to the motion and her time to object has lapsed. For these reasons, the Court **GRANTS** plaintiffs' motion to dismiss without prejudice (Doc. 23) and finds that this action is **DISMISSED** without prejudice. The Court **DIRECTS** the Clerk of Court to close this case. Further, the Court **FINDS AS MOOT** defendant's Motion to Compel (Doc. 22).

**IT IS SO ORDERED.**
**Dated: July 25, 2022**

                                                     /s/ J. Phil Gilbert
                                                     **J. PHIL GILBERT**
                                                     **DISTRICT JUDGE**